1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  VACILIO J. AMPARAN JR., | Case No. CV08-07543 VBF(PJWx) |
| 12              Plaintiff, | **ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR AN ORDER TO SHOW CAUSE RE DISMISSAL FOR PLAINTIFF'S FAILURE TO TIMELY FILE AN AMENDED COMPLAINT** |
| 13         v. | |
| 14  WELLS FARGO BANK, NA; WELLS FARGO HOME MORTGAGE, not | |
| 15  registered to do business in California; FIRST AMERICAN LOANSTAR | |
| 16  TRUSTEE SERVICES, not registered to do business in California; and DOES | |
| 17  1-100, Inclusive, | Assigned to the Hon. Valerie Baker Fairbank |
| 18              Defendants. | |
| 19 | |
| 20 | [Complaint Filed:  October 15, 2008] |

21
22
23
24
25
26
27
28

1 | Having reviewed the *EX PARTE* APPLICATION FOR AN ORDER TO SHOW

2 | CAUSE REGARDING DISMISSAL FOR PLAINTIFF'S FAILURE TO TIMELY FILE AN

3 | AMENDED COMPLAINT filed by defendants Wells Fargo Bank, N.A. and Wells Fargo

4 | Home Mortgage (collectively "Wells Fargo"), and good cause appearing therefor,

5 | **IT IS HEREBY ORDERED** that Wells Fargo's *ex parte* application is

6 | **GRANTED**.

7 |

8 | **IT IS FURTHER HEREBY ORDERED** that Plaintiff Vacilio J.

9 | Amparan Jr., through his counsel of record, shall appear before this Court on

10 | February 23, 2009 at 8:30 a.m., and show cause as to why this matter should not be

11 | dismissed with prejudice as a result of his failure to timely file an amended

12 | complaint pursuant to this Court's order dated December 8, 2008, and failure to

13 | appear at the January 12, 2009 Scheduling Conference

14 |

15 | **IT IS FURTHER HEREBY ORDERED** that the February 4, 2009

16 | deadline, for Wells Fargo to answer or otherwise respond to Plaintiff's First

17 | Amended Complaint is hereby **VACATED**.

18 |

19 | **IT IS SO ORDERED.**

20 |

21 | Dated:  January 28, 2009_____ *Valerie Baker Fairbank*

22 | _____ HON. VALERIE BAKER FAIRBANK

23 | UNITED STATES DISTRICT COURT JUDGE

24 |

25 |

26 |

27 |

28 |